**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 09-7971**

—————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

JOHNNY MACK BROWN,

              Defendant - Appellant.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  James P. Jones, Chief District Judge.  (3:94-cr-00027-jpj-1)

—————————

Submitted:  December 8, 2009       Decided:  December 29, 2009

—————————

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Johnny Mack Brown, Appellant Pro Se.  Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Mack Brown appeals the district court's order denying his motion to correct the judgment, Fed. R. Crim. P. 36, and his motion for investigation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Brown</u>, No. 3:94-cr-00027-jpj-1 (W.D. Va. Oct. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>